# EXHIBIT A

**Blake Marine Group, LLC**
**A/R Aging Detail**
As of August 7, 2019

### 1 - 180 days past due

| Date | Transaction Type | Num | Vendor | Due Date | Past Due | Amount | Payment | Open Balance |
|---|---|---|---|---|---|---|---|---|
| 3/1/2019 | Bill | BMG-19972 | EPIC ALABAMA RECYCLERS LLC | 3/1/2019 | 159 | 5,010.00 | -5,010.00 | 0.00 |
| 4/9/2019 | Bill | BMG-19310-1 | EPIC ALABAMA RECYCLERS LLC | 4/9/2019 | 120 | 121,027.50 | -94,990.00 | 26,037.50 |
| 5/9/2019 | Bill | BMG-19320-1 | EPIC ALABAMA RECYCLERS LLC | 5/9/2019 | 90 | 54,050.00 | | 80,087.50 |
| 5/15/2019 | Bill | BMG-19310-2 | EPIC ALABAMA RECYCLERS LLC | 5/15/2019 | 84 | 615,024.01 | | 695,111.51 |
| 5/20/2019 | Bill | BMG-19320-2 | EPIC ALABAMA RECYCLERS LLC | 5/20/2019 | 79 | 17,250.00 | | 712,361.51 |
| 6/3/2019 | Bill | BMG-19320-3 | EPIC ALABAMA RECYCLERS LLC | 6/3/2019 | 65 | 17,250.00 | | 729,611.51 |
| 7/17/2019 | Bill | BMG-19320-4 | EPIC ALABAMA RECYCLERS LLC | 7/17/2019 | 21 | 46,000.00 | | 775,611.51 |
| 7/17/2019 | Bill | BMG-19410-1 | EPIC ALABAMA RECYCLERS LLC | 7/17/2019 | 21 | 48,150.00 | | 823,761.51 |
| 7/17/2019 | Bill | BMG-19420-1 | EPIC ALABAMA RECYCLERS LLC | 7/17/2019 | 21 | 18,000.00 | | 841,761.51 |
| **TOTAL** | | | | | | **$ 941,761.51** | **-$ 100,000.00** | **$ 841,761.51** |



# INVOICE

**BLAKE MARINE GROUP**
**4900 GRAND AVE.**
**PITTSBURGH, PA 15225**

**ATTN: AMES LAFFERTY**
**EPIC ALABAMA RECYCLERS LLC**
**660 DUNLAP DRIVE**
**MOBILE, AL  36602**

**INVOICE #:** BMG-19310-1
**DATE:** 4/9/2019
**NET TERMS:** Due upon receipt
**DESCRIPTION:** BIMCO TowHire
Smith Maritime Deposit

| Date | Description | Cost | 10% Mark Up | Amount |
|---|---|---|---|---|
| 04/08/19 | Deposit to Smith Maritime | $ 109,950.00 | $ 10,995.00 | $ 120,945.00 |
| 04/08/19 | Wire Transfer Fee | | | $ 82.50 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | **TOTAL** | **$121,027.50** |

**Remit Payment To:**
Blake Marine Group, LLC
4900 Grand Avenue
Pittsburgh, PA 15225
504-919-5873

**Wiring Instructions:**
Blake Marine Group
Huntington Bank
20291 Route 19
Cranberry, PA 16066
Phone:  724-776-5077
Account No.: 01100284107
ABA #:            041215032




# INVOICE

**Blake Marine Group, LLC**
4900 Grand Ave.
Pittsburgh, PA  15225

| | |
|---|---|
| INVOICE | 19320-1 |
| DATE | 5/9/2019 |
| NET TERMS | Due upon receipt |
| PO # | 33408 |

**TO:** Ames Lafferty
EPIC Alabama Recylers LLC
1080 Eldridge Parkway
Ste. 1300
Houston, Texas 77077

**REFERENCE:** Management Fee - Recycling

| Description |
|---|
| Monthly Management Fee - Mobile Recycling Facility |
| David Grecho, Eli Zatezalo, Joshua Greenberg |

| Date | Qty. | Number of Days | Daily Cost Rate | Name/Position | Amount |
|---|---|---|---|---|---|
| 3/18 - 3/31/19 | 1 | 14 | $ 1,000.00 | David Grecho | $ 14,000.00 |
| 4/1 - 4/30/19 | 1 | 30 | $ 1,000.00 | David Grecho | $ 30,000.00 |
| 5/1 - 5/3/19 | 1 | 3 | $ 1,000.00 | David Grecho | $ 3,000.00 |
| | | | | Sub Total | $ 47,000.00 |

| Date | Qty. | Number of Days | Daily Cost Rate | Description | Amount |
|---|---|---|---|---|---|
| 3/18 - 3/31 | 1 | 14 | $ 150.00 | Hotel / Subsistence | $ 2,100.00 |
| 4/1 - 4/30 | 1 | 30 | $ 150.00 | Hotel / Subsistence | $ 4,500.00 |
| 5/1 - 5/3 | 1 | 3 | $ 150.00 | Hotel / Subsistence | $ 450.00 |
| | | | | Sub Total | $ 7,050.00 |
| | | | | **TOTAL** | **$ 54,050.00** |

**Remit Payment To:**
Blake Marine Group, LLC
4900 Grand Ave.
Pittsburgh, PA 15225
504-919-5873

**Wiring Instructions:**
Blake Marine Group, LLC
Huntington Bank
20291 Route 19
Cranberry, PA 16066
Phone:  724-776-5077
Account No.: 01100284107
ABA #:           041215032

 

# INVOICE

Blake Marine Group, LLC
4900 Grand Ave.
Pittsburgh, PA  15225

INVOICE # **19310-2**
DATE **5/15/2019**
NET TERMS **DUE UPON RECEIPT**

**TO:** Ames Lafferty
**EPIC Alabama Recylers LLC**
**1080 Eldridge Parkway, Ste 1300**
**Houston, Texas 77077**

**REFERENCE:** Amos Runner Reactivation and Make Ready
March 25 - April 29, 2019

**Personnel:**

| Date | | Number of Days | Daily Cost Rate | Name/Position | Amount | |
|---|---|---|---|---|---|---|
| 3/25 - 4/29 | | 37 | $ 750.00 | Administrative cost | $ | 27,750.00 |
| 3/25 - 4/29 | | 37 | $ 1,000.00 | Rig Mover / Superintendent | $ | 37,000.00 |
| 3/25 - 4/29 | | 37 | $ 800.00 | Electrical Technician | $ | 29,600.00 |
| 3/25 - 4/29 | | 37 | $ 750.00 | Mechanical Techinican | $ | 27,750.00 |
| 3/25 - 4/29 | | 37 | $ 750.00 | Mechanical Techinican | $ | 27,750.00 |
| 3/25 - 4/29 | | 37 | $ 600.00 | Roustabout | $ | 22,200.00 |
| 3/25 - 4/29 | | 37 | $ 600.00 | Roustabout | $ | 22,200.00 |
| 4/1 - 4/20; 4/27-29 | | 24 | $ 600.00 | Roustabout | $ | 14,400.00 |
| 4/1 - 4/17 | | 17 | $ 600.00 | Roustabout | $ | 10,200.00 |
| 4/13 - 4/20; 4/27-29 | | 12 | $ 600.00 | Roustabout | $ | 7,200.00 |
| ***4/29/19 - 24 hour shift | | | | | | |
| | | | | Sub Total | $ | 226,050.00 |

**Helicopter and Vessels**

| Date | Vendor | Number of Days | Daily Cost Rate | Item | Amount | |
|---|---|---|---|---|---|---|
| 1 Day | Republic Helicopter | 1 | $ 13,204.40 | Helicopter to board Noble Amos Runner | $ | 13,204.40 |
| 4/15 - 4/17/19 | Abe's Boat Rentals | 2 | $ 4,812.48 | Miss Brooke | $ | 9,624.96 |
| 3/21/2019 | GIS Marine | 1 | $ 5,267.59 | GIS Dylan | $ | 5,267.59 |
| 3/27 - 3/30/19 | GIS Marine | 3 | $ 10,317.37 | GIS Dylan | $ | 30,952.11 |
| 4/20 - 4/21/19 | GIS Marine | 1 | $ 4,235.00 | GIS Dylan | $ | 4,235.00 |
| | | | | Sub Total | $ | 63,284.06 |

**Equipment**

| Date | Vendor | Number of Days | Daily Cost Rate | Description | Amount | |
|---|---|---|---|---|---|---|
| 3/31/2019 | Spartan Divers | 1 | $ 5,500.00 | 5 man Shallow Water Dive Package | $ | 5,500.00 |
| 4/10/2019 | Spartan Divers | 1 | $ 4,378.00 | 3-man dive team with air package | $ | 4,378.00 |
| 3/27 - 4/29 | Redfish Rentals | | $ 15,428.22 | 150 KW Gen Set | $ | 15,428.22 |
| | | | | Sub Total | $ | 25,306.22 |

**Consumables**

| Date | Vendor | Description | Amount | |
|---|---|---|---|---|
| 3/24/2019 | Stripes | Fuel | $ | 24.22 |
| 3/24/2019 | Dear Donut Man | Food | $ | 45.79 |
| 3/24/2019 | Walmart | Food | $ | 534.63 |
| 3/25/2019 | Airgas | Oxygen | $ | 612.60 |
| 3/27/2019 | Walmart | Crew Food Stores | $ | 64.42 |
| 3/27/2019 | Sureway Supermarket | Crew Food Stores | $ | 970.00 |
| 3/27/2019 | Southern Furnishings | Freezer/Refrigerator for food storage | $ | 1,528.45 |
| 3/27/2019 | Leeville Bidge | Toll | $ | 8.25 |
| 3/28/2019 | Fuel for Rental | Sams | $ | 56.65 |
| 3/31/2019 | Airgas | Rental O2 Rack | $ | 77.78 |
| 4/1/2019 | Louisiana Cat | V Belts for the Cranes | $ | 131.48 |
| 4/1/2019 | Murphy | Fuel | $ | 62.11 |
| 4/1/2019 | Murphy | Fuel | $ | 7.93 |
| 4/1/2019 | McDonalds | Food | $ | 31.85 |
| 4/1/2019 | Walmart | Food | $ | 310.44 |
| 4/2/2019 | McCall Dock | GIS Dylan - 2 Calls | $ | 704.00 |
| 4/3/2019 | Browns Market | Crew Food Stores | $ | 822.61 |

| Date | Vendor | Description | Amount |
|---|---|---|---:|
| 4/4/2019 | McCall Dock | Load Food Stores on the 4th | $ 313.50 |
| 4/4/2019 | Walmart | Food | $ 146.52 |
| 4/5/2019 | Dockside Bar & Grill | Food | $ 23.65 |
| 4/5/2019 | Fish Commander | 2 X Stores run fm Cameron | $ 1,540.00 |
| 4/8/2019 | Fish Commander | 1 X Crew Run fm Cameron | $ 1,320.00 |
| 4/9/2019 | Bletsch Steamship | Port Charges/Agency Fees | $ 258,619.70 |
| 4/17/2019 | Browns Market | Crew Food Stores | $ 34.12 |
| 4/17/2019 | Browns Market | Crew Food Stores | $ 607.85 |
| 4/19/2019 | Stone Oil | Miss Brook - Fuel & Lube | $ 1,286.29 |
| 4/20/2019 | Walmart | Food for crew remaining on board | $ 145.29 |
| 4/20/2019 | Walmart | Food for crew remaining on board | $ 139.52 |
| 4/20/2019 | Walmart | Food for crew remaining on board | $ 40.89 |
| 4/20/2019 | Walmart | Food for crew remaining on board | $ 91.01 |
| 4/20/2019 | Walmart | Food for crew remaining on board | $ 324.93 |
| 4/20/2019 | Leeville Bidge | Toll | $ 4.13 |
| 4/20/2019 | Mcdonalds | Food for departing crew | $ 56.57 |
| 4/21/2019 | Amelia Hotel | Frank Hibdon | $ 49.47 |
| 4/21/2019 | Amelia Hotel | Ray Maldonado | $ 49.47 |
| 4/21/2019 | Amelia Hotel | Michael Max | $ 49.47 |
| 4/21/2019 | Amelia Hotel | Homero Rodriguez | $ 49.47 |
| 4/21/2019 | McFleet | Fuel for Rental | $ 38.60 |
| 4/21/2019 | Murphy | Fuel for Rental | $ 43.23 |
| 4/21/2019 | Copelands | Crew Dinner | $ 122.96 |
| 5/7/2019 | Ocean Tech. Services | Trip / Tow Survey & Meetings | $ 28,412.08 |
| | | **Sub Total** | **$ 300,383.74** |
| | | **INVOICE TOTAL** | **$ 615,024.01** |

**Remit Payment To:**
Blake Marine Group, LLC
4900 Grand Ave.
Pittsburgh, PA 15225
504-919-5873

**Wiring Instructions:**
Blake Marine Group, LLC
Huntington Bank
20291 Route 19
Cranberry, PA 16066
Phone:  724-776-5077
Account No.: 01100284107
ABA #:            041215032

# INVOICE




**Blake Marine Group, LLC**
4900 Grand Ave.
Pittsburgh, PA  15225

| INVOICE | 19320-2 |
|---|---|
| DATE | 5/20/2019 |
| NET TERMS | Due upon receipt |
| PO # | 33408 |

**TO:**  Ames Lafferty
EPIC Alabama Recylers LLC
1080 Eldridge Parkway
Ste. 1300
Houston, Texas 77077

**REFERENCE:**   Management Fee - Recycling

| Description |
|---|
| Monthly Management Fee - Mobile Recycling Facility |
| David Grecho, Eli Zatezalo, Joshua Greenberg |

| Date | Qty. | Number of Days | Daily Cost Rate | Name/Position | Amount |
|---|---|---|---|---|---|
| 5/4 - 5/18/19 | 1 | 15 | $ 1,000.00 | David Grecho | $ 15,000.00 |
| | | | | Sub Total | $ 15,000.00 |

| Date | Qty. | Number of Days | Daily Cost Rate | Description | Amount |
|---|---|---|---|---|---|
| 5/4 - 5/18/19 | 1 | 15 | $ 150.00 | Hotel / Subsistence | $ 2,250.00 |
| | | | | Sub Total | $ 2,250.00 |
| | | | | **TOTAL** | **$ 17,250.00** |

**Remit Payment To:**
Blake Marine Group, LLC
4900 Grand Ave.
Pittsburgh, PA 15225
504-919-5873

**Wiring Instructions:**
Blake Marine Group, LLC
Huntington Bank
20291 Route 19
Cranberry, PA 16066
Phone:  724-776-5077
Account No.: 01100284107
ABA #:            041215032

 

# INVOICE

| Blake Marine Group, LLC | | INVOICE | 19320-3 |
| 4900 Grand Ave. | | DATE | 6/3/2019 |
| Pittsburgh, PA  15225 | | NET TERMS | Due upon receipt |
| | | PO # | 33408 |

**TO:** Ames Lafferty
EPIC Alabama Recylers LLC
1080 Eldridge Parkway
Ste. 1300
Houston, Texas 77077

**REFERENCE:** Management Fee - Recycling

| Description |
|---|
| Monthly Management Fee - Mobile Recycling Facility |
| David Grecho, Eli Zatezalo, Joshua Greenberg |

| Date | Qty. | Number of Days | Daily Cost Rate | Name/Position | Amount |
|---|---|---|---|---|---|
| 5/19 - 5/31/19 | 1 | 13 | $ 1,000.00 | David Grecho | $ 13,000.00 |
| 6/1 - 6/2/19 | 1 | 2 | $ 1,000.00 | David Grecho | $ 2,000.00 |
| | | | | Sub Total | $ 15,000.00 |

| Date | Qty. | Number of Days | Daily Cost Rate | Description | Amount |
|---|---|---|---|---|---|
| 5/19 - 5/31/19 | 1 | 13 | $ 150.00 | Hotel / Subsistence | $ 1,950.00 |
| 6/1 - 6/2/19 | 1 | 2 | $ 150.00 | Hotel / Subsistence | $ 300.00 |
| | | | | Sub Total | $ 2,250.00 |
| | | | | **TOTAL** | **$ 17,250.00** |

**Remit Payment To:**
Blake Marine Group, LLC
4900 Grand Ave.
Pittsburgh, PA 15225
504-919-5873

**Wiring Instructions:**
Blake Marine Group, LLC
Huntington Bank
20291 Route 19
Cranberry, PA 16066
Phone:  724-776-5077
Account No.: 01100284107
ABA #:              041215032

Page 1 of 1




# INVOICE

**Blake Marine Group, LLC**
4900 Grand Ave.
Pittsburgh, PA  15225

| | |
|---|---|
| INVOICE | 19320-4 |
| DATE | 7/15/2019 |
| NET TERMS | Due upon receipt |
| PO # | 33408 |

**TO:** Ames Lafferty
EPIC Alabama Recylers LLC
1080 Eldridge Parkway
Ste. 1300
Houston, Texas 77077

**REFERENCE:** Management Fee - Recycling

| Description |
|---|
| Monthly Management Fee - Mobile Recycling Facility |

| Date | Qty. | Number of Days | Daily Cost Rate | Name/Position | Amount |
|---|---|---|---|---|---|
| 6/3 - 6/30/19 | 1 | 28 | $ 1,000.00 | David Grecho/Project Manager | $ 28,000.00 |
| 7/1 - 7/12/19 | 1 | 12 | $ 1,000.00 | David Grecho/Project Manager | $ 12,000.00 |
| | | | | Sub Total | $ 40,000.00 |

| Date | Qty. | Number of Days | Daily Cost Rate | Description | Amount |
|---|---|---|---|---|---|
| 6/3 - 6/30/19 | 1 | 28 | $ 150.00 | David Grecho / Hotel & Subsistence | $ 4,200.00 |
| 7/1 - 7/12/19 | 1 | 12 | $ 150.00 | David Grecho/Project Manager | $ 1,800.00 |
| | | | | Sub Total | $ 6,000.00 |

**TOTAL $ 46,000.00**

**Remit Payment To:**
Blake Marine Group, LLC
4900 Grand Ave.
Pittsburgh, PA 15225
504-919-5873

**Wiring Instructions:**
Blake Marine Group, LLC
Huntington Bank
20291 Route 19
Cranberry, PA 16066
Phone:  724-776-5077
Account No.: 01100284107
ABA #:             041215032

 

# INVOICE

**Blake Marine Group, LLC**
4900 Grand Ave.
Pittsburgh, PA  15225

| | |
|---|---|
| INVOICE | 19410-1 |
| DATE | 7/15/2019 |
| NET TERMS | Due upon receipt |
| PO # | |

**TO:** Ames Lafferty
EPIC Alabama Recylers LLC
1080 Eldridge Parkway
Ste. 1300
Houston, Texas 77077

**REFERENCE:** Mobile Cutting Crew

| Date | Qty. | Number of Days | Daily Cost Rate | Name/Position | Amount |
|---|---|---|---|---|---|
| 5/28 - 6/13/19 | 1 | 16 | $ 450.00 | Ray Maldonado/Supervisor | $ 7,200.00 |
| 5/28 - 5/31/19 | 1 | 4 | $ 450.00 | Lorenzo Ruiz/Topside Cutters | $ 1,800.00 |
| 5/28 - 6/13/19 | 1 | 16 | $ 450.00 | William Castro/Topside Cutters | $ 7,200.00 |
| 6/1 - 6/13/19 | 1 | 12 | $ 450.00 | Josue David/Topside Cutters | $ 5,400.00 |
| 5/28 - 6/13/19 | 1 | 16 | $ 450.00 | Juan Ruiz/Topside Cutters | $ 7,200.00 |
| 6/3 - 6/13/19 | 1 | 10 | $ 450.00 | Olvin Aguilar/Topside Cutters | $ 4,500.00 |
| 7/1 - 7/11 | 1 | 1 | $ 450.00 | Lorenzo Ruiz | $ 450.00 |
| 7/1 - 7/11 | 1 | 1 | $ 450.00 | Ernesto Ruiz | $ 450.00 |
| 7/1 - 7/11 | 1 | 8 | $ 450.00 | Josue David | $ 3,600.00 |
| 7/1 - 7/11 | 1 | 8 | $ 450.00 | Juan Ruiz | $ 3,600.00 |
| 7/1 - 7/11 | 1 | 9 | $ 450.00 | Rene Chavez | $ 4,050.00 |
| 7/1 - 7/11 | 1 | 6 | $ 450.00 | Jose Manuel Reyes | $ 2,700.00 |
| | | | | Sub Total | $ 48,150.00 |

| | |
|---|---|
| **INVOICE TOTAL** | **$ 48,150.00** |

**Remit Payment To:**
Blake Marine Group, LLC
4900 Grand Ave.
Pittsburgh, PA 15225
504-919-5873

**Wiring Instructions:**
Blake Marine Group, LLC
Huntington Bank
20291 Route 19
Cranberry, PA 16066
Phone:  724-776-5077
Account No.: 01100284107
ABA #:            041215032

 

# INVOICE

**Blake Marine Group, LLC**
4900 Grand Ave.
Pittsburgh, PA  15225

| | |
|---|---|
| INVOICE | 19420-1 |
| DATE | 7/15/2019 |
| NET TERMS | Due upon receipt |
| PO # | |

**TO:** Ames Lafferty
EPIC Alabama Recylers LLC
1080 Eldridge Parkway
Ste. 1300
Houston, Texas 77077

**REFERENCE:** Houma Cutting Crew

| Date | Qty. | Number of Days | Daily Cost Rate | Name/Position | Amount |
|---|---|---|---|---|---|
| 7/1 - 7/10 | 1 | 8 | $ 400.00 | Lorenzo Ruiz | $ 3,200.00 |
| 7/1 - 7/10 | 1 | 5 | $ 400.00 | Joel Martinez | $ 2,000.00 |
| 7/1 - 7/10 | 1 | 8 | $ 400.00 | Martin Martinez | $ 3,200.00 |
| 7/1 - 7/10 | 1 | 8 | $ 400.00 | Edgar Martinez | $ 3,200.00 |
| 7/1 - 7/10 | 1 | 7 | $ 400.00 | Adrian Martinez | $ 2,800.00 |
| 7/1 - 7/10 | 1 | 6 | $ 400.00 | Vicente Ruiz | $ 2,400.00 |
| 7/1 - 7/10 | 1 | 3 | $ 400.00 | Ernesto Ruiz | $ 1,200.00 |
| | | | | Sub Total | $ 18,000.00 |

**INVOICE TOTAL**  $ 18,000.00

**Remit Payment To:**
Blake Marine Group, LLC
4900 Grand Ave.
Pittsburgh, PA 15225
504-919-5873

**Wiring Instructions:**
Blake Marine Group, LLC
Huntington Bank
20291 Route 19
Cranberry, PA 16066
Phone:  724-776-5077
Account No.: 01100284107
ABA #:            041215032