IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BLAKE MARINE GROUP, LLC § § **Plaintiff** § § v. § § EPIC ALABAMA RECYCLERS, LLC, § *in personam,* and the NOBLE AMOS § RUNNER, her engines, tackle, furniture, § equipment, appurtenances, etc., *in rem* § § **Defendants** § | CIVIL ACTION NO. 19-468 *In Admiralty* *In Personam* *In Rem* |

## MOTION TO DISMISS ARREST

EPIC Alabama Recyclers, LLC ("EAR"), as owner of the scrap formerly known as the NOBLE AMOS RUNNER, hereby moves this Court pursuant to Federal Rule of Civil Procedure 12(b)(1) for dismissal of the Rule C arrest and seizure of the NOBLE AMOS RUNNER made by Plaintiff, Blake Marine Group, LLC. As set forth more fully in the attached Memorandum of Law, the NOBLE AMOS RUNNER is not a vessel subject to a maritime lien. The NOBLE AMOS RUNNER was purchased for scrap from cold storage, was not capable of maritime commerce, did not engage in maritime commerce, and was prohibited by the Purchase and Sale Agreement from engaging in any maritime commerce. Because the NOBLE AMOS RUNNER was not a "vessel" to which a maritime lien could attach, the Rule C arrest and seizure of the NOBLE AMOS RUNNER was improper and must be dismissed for lack of admiralty jurisdiction. EAR prays that the NOBLE AMOS RUNNER be released and that it also be awarded its fees, costs, and other equitable relief allowed for wrongful seizure.

{N3887019.2}

Respectfully submitted,

/s/ *Grady S. Hurley*
GRADY S. HURLEY (#13913), *ad hoc*
JENNIFER A. DAVID (#37092), *ad hoc*
JONES WALKER LLP
201 St. Charles Avenue, 48th Floor
New Orleans, LA  70170-5100
Telephone: (504) 582-8000
Facsimile: (504) 589-8346
Email:  ghurley@joneswalker.com
            jdavid@joneswalker.com

and

JAMES REBARCHAK (REB001)
OF COUNSEL
JONES WALKER LLP
RSA Battle House Tower
11 North Water St, Suite 1200
Mobile, AL 36602
Telephone: (251) 432-1414
Facsimile: (251) 433-4106
Email:  jrebarchak@joneswalker.com

**Attorneys for EPIC Applied Technologies, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of October, 2019, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to counsel of record by operation of the court's electronic filing system.  I also certify that I have emailed or mailed this filing by United States Postal Service to any non-CM/ECF participants.

/s/ *Grady S. Hurley*