IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BLAKE MARINE GROUP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 19-0468-CG-B |
| | ) |
| EPIC ALABAMA RECYLERS, LLC, | ) |
| in personam, and the NOBLE | ) |
| AMOS RUNNER, Her engines, | ) |
| tackle, furniture, equipment, | ) |
| appurtenances, etc, in rem., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the parties' Joint Motion Stay Action Pending Consummation of Settlement (Doc. 49).

Upon due consideration, the motion is **GRANTED**. This action is **STAYED** until **September 30, 2020**. The parties are **ORDERED** to file a status report regarding settlement **no later than May 15, 2020**.

**DONE and ORDERED** this 21st day of January, 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE